UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOBBY WELLS

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ELENOR VERNELL, MIKE ALBERT, LT. BOBBY GREENE,

    Defendants.

CASE NO. C13-234 RBL/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* does hereby find and **ORDER**:

Plaintiff's declaration indicates he is unable to afford the Court's filing fee or give security therefor. Accordingly, Plaintiff's application to proceed as a pauper is **GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff is required to make monthly payments of 20 percent of the preceding months income credited to his/her account until the full amount of the filing fee is satisfied.**

Pursuant to 28 U.S.C. § 1915 and Plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above named Plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Court Clerk as soon as practicable.

1  Subsequently, if the prisoner's account exceeds $10.00, each month the agency is
2  directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's
3  income credited to the prisoner's account.  In the event that the monthly payment would reduce
4  the prisoner's account below $10.00, the agency should collect and forward only that amount
5  which would reduce the prisoner's account to the $10.00 level.  Please note that this $10.00 limit
6  does not apply to the initial partial filing fee described above.  Finally, the monthly payments
7  should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter
8  has been paid.

9  The Clerk is directed to send Plaintiff a copy of this Order and the General Order, along
10 with a copy of Plaintiff's Acknowledgment and Authorization portion of the IFP application to
11 the attention of the inmate account manager of the IFP account manager at the Coyote Ridge
12 Corrections Center, Connell, Washington.

13 **DATED** this 13th day of May, 2013.

        /s/ Karen L. Strombom
        Karen L. Strombom
        United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS- 2