UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOBBY WELLS,

                Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ELENOR VERNELL, MIKE ALBERT, LT. BOBBY GREENE,

                Defendants.

No. C13-234 RJB/KLS

ORDER REGARDING PLAINTIFF'S "SUPPLEMENTAL INFORMATION"

On August 7, 2013, Plaintiff filed two documents entitled "Supplemental Information with Exhibit." ECF Nos. 24 and 25. There is no motion pending before the Court. Plaintiff is advised that the Court will take no action on these filings. Evidence should not be submitted to the Court unless it is attached to an appropriate motion that is noted on the Court's calendar.

Accordingly, it is **ORDERED:**

(1)   The Court will take no action on the "supplemental information" filed at ECF Nos. 24 and 25.

(2)   The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 14th day of August, 2103.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1